UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 29, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MERVIN HAUGEN, )<br>)<br>Defendant. ) | Case No. CR S-04-0432 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MERVIN HAUGEN__ , Case No. __CR S-04-0432 FCD__ , Charge __18:922, 21:841__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $_____

        ___   Unsecured Appearance Bond $ _____

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ___   (Other)   _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 29, 2005__ at __2:10 p.m.__ .

By   _/s/ Dale A. Drozd_
     Dale A. Drozd
     United States Magistrate Judge

Original - U.S. Marshal