1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CASE NO. S-04-0432
                                )
11              Plaintiff,      )
                                )
12    v.                        )    STIPULATION AND ORDER TO
                                )    CONTINUE STATUS CONFERENCE
13 MERVIN D. HAUGEN,            )    AND EXCLUDE TIME
                                )
14              Defendant.      )    **"AS MODIFIED"**
   _____)

15

16      The parties stipulate to continue the status conference

17 set for May 16, 2005 to June 13, 2005 at 9:30 a.m.  The

18 parties further agree that time beginning May 16, 2005 and

19 extending through June 13, 2005 should be excluded from the

20 calculation of time under the Speedy Trial Act.  The parties

21 submit that the ends of justice are served by the Court

22 excluding such time, so that counsel for the United States may

23 have reasonable time necessary for effective preparation,

24 taking into account the exercise of due diligence.  18 U.S.C.

25 § 3161(h)(8)(B)(iv).  In particular, the United States needs

26 more time to follow internal Department of Justice procedures

27 for reporting and analyzing adverse decisions in district

28 courts.  See U.S.A.M. §§ 2-2.110, 2-2.111.  The parties

                              1

1  stipulate and agree that the interests of justice served by

2  granting this continuance outweigh the best interests of the

3  public and the defendant in a speedy trial.   18 U.S.C. §

4  3161(h)(8)(A).

5

6

7                                    Respectfully Submitted,

8                                    McGREGOR W. SCOTT
                                     United States Attorney
9

10
   DATE: May 9, 2005          By:   /s/ Matt Segal
11                                   MATTHEW D. SEGAL
                                     Assistant U.S. Attorney
12

13
   DATE: May 9, 2005                 /s/ Quin Denvir
14                                   QUIN DENVIR
                                     Counsel Mervin D. Haugen
15

16

17 **SO ORDERED.**

18 Dated: May 10, 2005

19

20 /s/ Frank C. Damrell Jr.
   HON. FRANK C. DAMRELL JR.
21 U.S. District Judge

22

23

24

25

26

27

28