```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S-04-0432 FCD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MERVIN D. HAUGEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States request for leave of court to dismiss all counts in this case is GRANTED.  Fed. R. Crim. P. 48(a).

DATE: June 10, 2005

/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR.
U.S. District Judge